IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANNON M. CAIRNS,

    Plaintiff,

v.

UNITED PARCEL SERVICE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-487-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United Parcel Service and this case is dismissed.

_____       _____8/24/09_____
Peter Oppeneer, Clerk of Court                                Date